UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| ANDREW MARCH,<br><br>        Plaintiff,<br><br>   vs.<br><br>JANET T. MILLS, et al.,<br><br>        Defendants | Civil No. 15-515-NT |

### DEFENDANTS CITY OF PORTLAND, JASON NADEAU AND GRAHAM HULTS' SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Federal Rules of Civil Procedure 7 and 10(c) and Local Rule 7, Defendants City of Portland, Jason Nadeau and Graham Hults hereby supplement their opposition to Plaintiff Andrew March's Motion for Preliminary Injunction, consistent with the Court's request during oral argument on April 4, 2016. Defendants City of Portland, Mr. Nadeau and Mr. Hults hereby adopt by reference the arguments presented by their co-Defendants in their Supplemental Briefs filed on April 15, 2016 (Docket Entry No. 67) and April 18, 2016 (Docket Entry No. 68), respectively.

Dated at Portland, Maine this 18th day of April, 2016.

                      Attorneys for Defendants City of Portland,
                      Jason Nadeau and Graham Hults
                      MONAGHAN LEAHY, LLP
                      95 Exchange Street, P.O. Box 7046
                      Portland, ME 04112-7046
                      (207) 774-3906
BY:   /s/ John J. Wall, III
                      John J. Wall, III

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2016, I electronically filed **Defendants City of Portland, Jason Nadeau and Graham Hults' Supplemental Memorandum in Opposition to Motion for Preliminary Injunction** using the CM/ECF system, which will provide notice to me and the following other counsel of record: mail@whitinglawfirm.com; koliveri@thomasmore.org; Christopher.C.Taub@maine.gov; ebenjamin@dwmlaw.com; jmccormick@dwmlaw.com.

Dated at Portland, Maine this 18th day of April, 2016.

        Attorneys for Defendants City of Portland,
        Jason Nadeau and Graham Hults
        MONAGHAN LEAHY, LLP
        95 Exchange Street, P.O. Box 7046
        Portland, ME 04112-7046
        (207) 774-3906
BY:  /s/ John J. Wall, III
        John J. Wall, III