# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE
# PORTLAND DIVISION

ANDREW MARCH,

    Plaintiff,

v.

JANET T. MILLS, Attorney General for
the State of Maine, CITY OF PORTLAND,
et. al,

    Defendants.

Case No. 15-cv-515
Hon. Nancy Torresen

## STIPULATION FOR ORDER OF DISMISSAL OF DEFENDANTS WILLIAM PRIES, JASON NADEAU, DONALD KRIER, AND GRAHAM HULTS

Plaintiff and counsel for Defendants William Pries, Jason Nadeau, Donald Krier, and Graham Hults, hereby stipulate and agree to the entry of the attached Order dismissing Plaintiff's action against Defendants William Pries, Jason Nadeau, Donald Krier, and Graham Hults, with prejudice and without

///

costs, interest or attorney fees to any party specifically identified in this Stipulation.

I HEREBY STIPULATE TO THE ENTRY OF THE ABOVE ORDER:

By: */s/ Brandon Bolling\**
THOMAS MORE LAW CENTER
24 Frank Lloyd Wright Drive
Suite J-3200
Ann Arbor, MI 48106
Attorney for Plaintiff
* Admitted Pro Hac Vice

By: */s/ Stephen C. Whiting*
Stephen C. Whiting
THE WHITING LAW FIRM, P.A.
75 Pearl Street, Suite 207
Portland, Maine 04101
Attorney for Plaintiff

By: */s/ Edward R. Benjamin, Jr.*
Edward R. Benjamin, Jr.
DRUMMOND, WOODSUM & MACMAHON
84 Marginal Way, Suite 600
Portland, ME 04112
Attorney for Defendants Krier and Pries

By: */s/ John J. Wall, III*
John J. Wall, III
MONAGHAN LEAHY, LLP
95 Exchange Street, P.O. Box 7046
Portland, ME 04112-7046
Attorney for Defendants Nadeau and Hults

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**
**PORTLAND DIVISION**

ANDREW MARCH,

    Plaintiff,

v.

JANET T. MILLS, Attorney General for
the State of Maine, CITY OF PORTLAND,
et. al,

    Defendants.

Case No. 15-cv-515
Hon. Nancy Torresen

_____

**ORDER OF DISMISSAL**

Upon the reading and filing of the attached Stipulation and being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that Plaintiff's action against Defendants William Pries, Jason Nadeau, Donald Krier, and Graham Hults is dismissed with prejudice and without costs, interest or attorney fees to any party specifically identified in this Order. This is a final order.

 

_____
U.S. DISTRICT COURT JUDGE