UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| ANDREW MARCH,<br>      Plaintiff<br><br>v.<br><br>AARON M. FREY &<br>CITY OF PORTLAND,<br>      Defendants | CIVIL NO. 2:15-cv-00515-NT |

JUDGMENT

In accordance with the Order on Cross Motions for Summary Judgment, issued on April 28, 2020 by U.S. District Judge Nancy Torresen, JUDGMENT is hereby entered in favor of the defendants, Aaron M. Frey and City of Portland, against the plaintiff, Andrew March.

                                              Christa K. Berry
                                              Clerk of Court

                                By:    /s/ Melody Dalphonse
                                                 Melody Dalphonse
                                                 Deputy Clerk

Dated: April 28, 2020